**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

JEFFREY LARSON,

      Plaintiff,

v.                                                                       CASE NO. 2:11-CV-00012-FtM-99SPC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

**ORDER**

      This cause comes before the Court for consideration of Plaintiff's complaint seeking review

of the decision of the Commissioner of the Social Security Administration (Doc. 1).  This complaint

was considered by United States Magistrate Judge Sheri Polster Chappell.  Magistrate Judge

Chappell filed a Report and Recommendation (Doc. 19), recommending that the Commissioner's

decision be affirmed.  Neither party filed an objection to the Report and Recommendation, and the

time to do so has expired.  After conducting an independent examination of the file and upon due

consideration of Magistrate Judge Chappell's Report and Recommendation, the Court accepts the

Report and Recommendation in its entirety.

      Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.      The Report and Recommendation of the Magistrate Judge (Doc. 19) is **ADOPTED,**

        **CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for

        all purposes, including appellate review.

2.     The decision of the Commissioner of the United States Social Security

Administration is **AFFIRMED**.

3.     The Clerk is directed to enter judgment in favor of the Commissioner, terminate all

pending motions, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on March 2, 2012.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD